Gerald A. Emanuel (SBN 61049)
Joel P. Waelty (SBN 226728)
Christopher G. Wilhelmi (SBN 283465)
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051
E-Mail: jemanuel@hinklelaw.com; jwaelty@hinklelaw.com; cwilhelmi@hinklelaw.com

Attorneys for Plaintiff
LAURA BARBARINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA BARBARINO,<br><br>   Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; BOEING SHORT TERM DISABILITY PLAN; BOEING LONG TERM DISABILITY PLAN,<br><br>   Defendants. | No. 5:14-cv-03601-EJD<br><br>**NOTICE OF PLAINTIFF'S AGREEMENT TO STANDARD OF REVIEW AND REQUEST TO TAKE OFF CALENDAR/VACATE RELATED MOTION/HEARING DATES** ;<br>ORDER THEREON |

To the Court, Defendants, and their counsel:

In the Joint Case Management Conference Statement submitted on January 15, 2015, in the above-titled ERISA action, the parties disagreed over the applicable standard of review as to ERISA benefits determinations.

In response, the Court issued its January 16, 2015 Order stating that "any dispute concerning the standard of review shall be resolved prior to the filing of summary judgment motions…" and set forth a schedule for Plaintiff to bring such a motion before the Court.

1  Upon a review of the applicable Plan documents provided by Defendants, Plaintiff hereby agrees that the applicable standard of review here is an "abuse of discretion" standard, which is in accord with Defendants' position.

Plaintiff, through her attorney, notified Defendants' counsel on February 11, 2015 of her agreement as to the applicability of an "abuse of discretion" standard of review and intent to request the court vacate the below motion-related dates via a stipulation. Defendants' counsel acknowledged the agreement in applicable standard of review, but suggested Plaintiff's counsel simply notice the Court.

As such, Plaintiff hereby requests that the Court take off calendar and vacate the dates proposed by the Court in its January 16, 2015 Order to address the dispute that previously existed regarding the standard of review, specifically:

- February 20, 2015 (last day to file motion regarding standard of review);
- March 6, 2015 (last day to file opposition to motion re standard of review);
- March 20, 2015 (last day to file reply in support re standard of review); and
- April 30, 2015 at 9:00am (hearing on motion re standard of review).

DATED: February 12, 2014

HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By:   /s/ Christopher G. Wilhelmi
      CHRISTOPHER G. WILHELMI
      Attorney for Plaintiff LAURA BARBARINO

**ORDER**
The briefing deadlines and motion hearing date are VACATED.

DATED: February 13, 2015



EDWARD J. DAVILA
United States District Judge

---

2

NOTICE AND REQUEST TO VACATE DATES RE STANDARD OF REVIEW          CASE NO. 5:14-cv-03601-EJD